IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------------X

SUSAN WEINSTEIN, *et al.*,

        Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

        Defendants.

---------------------------------------------------------------------X

Docket No: 18-cv-1691

Hon. Matthew F. Kennelly

## NOTICE OF EX PARTE MOTION

PLEASE TAKE NOTICE that on March 11, 2018 the undersigned filed with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, the attached Ex Parte Motion for Permission to Appear by Telephone, which shall be heard on March 15, 2018 at 9:45 a.m before the Honorable John Robert Blakey.

Dated:   Brooklyn, New York
         March 11, 2018

                                        Respectfully submitted,

                                        THE BERKMAN LAW OFFICE, LLC
                                        *Attorneys for the Plaintiffs*

                                        by: _____
                                              Robert J. Tolchin

                                        111 Livingston Street, Suite 1928
                                        Brooklyn, New York 11201
                                        718-855-3627

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
           March 11, 2018

                                                  Robert J. Tolchin