IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------------X

SUSAN WEINSTEIN, *et al.*,

        Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

        Defendants.

---------------------------------------------------------------------X

Docket No: 18-cv-1691

Hon. Matthew F. Kennelly

### NOTICE OF EX PARTE MOTION

PLEASE TAKE NOTICE that on March 11, 2018 the undersigned filed with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, the attached Ex Parte Motion Pursuant to Fed. R. Civ. P. 4.1 to Appoint a Special Process Server, which shall be heard on March 20, 2018 at 9:30 a.m. before the Honorable Matthew F. Kennelly

Dated:   Brooklyn, New York
           March 11, 2018

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

-2-

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
           March 11, 2018

                                              Robert J. Tolchin