IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------X

SUSAN WEINSTEIN, *et al.*,

                Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-------------------------------------------------------------------X

Docket No: 18-cv-1691

Hon. Matthew F. Kennelly

## SUPPPLEMENTAL MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION BY PLAINTIFFS PURUSANT TO FED. R. CIV. P. 4.1 TO APPOINT A SPECIAL PROCESS SERVER

On March, 11, 2018 plaintiffs filed a motion asking that a special process server be appointed pursuant to Fed. R. Civ. P. 4.1.

In further support of that application, plaintiffs respectfully submit copies of four orders entered in the Northern District of Illinois granting similar relief. Copies are attached. Those orders are:

Ex. A  -  *Rubin v. Islamic Rep. of Iran,* N.D. Ill. case no. 18-cv-1689, order dated March 14, 2018 (Blakey, *J.*).

Ex. B  -  *Campuzano v. Islamic Rep. of Iran,* N.D. Ill. case no. 18-cv-1682, order dated March 13, 2018 (Alonso, *J.*).

Ex. C  -  *Braun v. Islamic Rep. of Iran,* N.D. Ill. case no. 18-cv-1681, order dated March 12, 2018 (Pallmeyer, *J.*)

Ex. D - *Leibovitich v. Islamic Rep. of Iran,* N.D. Ill. case no. 08-cv-1939, order dated August 17, 2015 (Castillo, *C.J.*).

**WHEREFORE**, plaintiffs respectfully request that the Court appoint Barry Savage, license number 129269087, as special process server to effect service of Supplementary Proceedings, such as Citations to Discover Assets, on third party respondents in this matter.

Dated: Brooklyn, New York
March 14, 2018

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: /s/ Robert J. Tolchin
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated: Brooklyn, New York
   March 14, 2018

                Robert J. Tolchin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------X

SETH CHARLES BEN HAIM, *et al.*,

                Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-------------------------------------------------------------------X

Docket No: 18-cv-1695

Hon. Ronald A. Guzman

## **ORDER**

Upon consideration of Plaintiffs' *ex parte* motion for to appoint a special process server,

ORDERED that the motion is granted.

The Court appoints Barry Savage, license number 129269087, an individual over the age of 18 years and not a party to this action, employed by Legal Document Management, Inc. at 221 North LaSalle Street, Suite 1906, Chicago, IL 60601, as a special process server in this case pursuant to Fed. R. Civ. P. 4.1.

IT IS SO ORDERED.

Dated: March ___, 2018

                                                                       U.S.D.J.