UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Susan Weinstein
                        Plaintiff,

v.                                                    Case No.: 1:18–cv–01691
                                                              Honorable Matthew F. Kennelly

Islamic Republic of Iran, The
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 16, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's ex parte motion to appoint a special process server is granted, and plaintiff's motion to appear by telephone is terminated a moot. The Court appoints Barry Savage, license number 129269087, an individual over the age of 18 years and not a party to this action, employed by Legal Document Management, Inc. at 221 North LaSalle Street, Suite 1906, Chicago, IL 60601, as a special process server in this casepursuant to Fed. R. Civ. P. 4.1. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.